IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARVEY GRIDLEY, | No. 2:08-cv-02659-MCE-EFB P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| JAMES D. HARTLEY, | |
| Respondent. | |
| _____/ | |

On August 17, 2009, petitioner filed "objections" to the magistrate judge's order filed July 31, 2009, denying petitioner's request for the appointment of counsel. The court construes petitioner's "objections" as a request for reconsideration of the magistrate judge's order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed July 31, 2009, is affirmed.

Dated: August 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE